# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MARLA MORRISETT                                                PLAINTIFF

v.                      No. 3:20-cv-00413-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                          DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Marla Morrisett, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 8th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE